**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00189-CV

**JACKSON FULGHAM DBA COMMERCE STREET PARTNERS, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, ET. AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## ORDER

We **GRANT** court reporter Sharron R. Rankin's April 3, 2014 request for extension of

time to file record and **ORDER** the reporter's record be filed no later than May 5, 2014.


/s/     ELIZABETH LANG-MIERS
           JUSTICE